

August 31, 2021

**Via ECF**
Hon. Roanne L. Mann, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Petersen, et al. v. Emblemhealth, Inc., et al.*
                Case No. 20 Civ. 2568 (RLM)

Dear Judge Mann,

    We represent the Plaintiffs in the above-referenced case. We write to provide the Court with the parties' fully executed Settlement Agreement, as discussed at the August 19, 2021 hearing, as well as a proposed order approving the settlement and dismissing the case with prejudice.

                                      Respectfully submitted,

                                      *Rachel Bien*

enclosures                           Rachel Bien
cc:     All counsel of record