# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARYN PETERSEN, CHRISTINA MORRISON, and MARTIN LU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMBLEMHEALTH, INC. and EMBLEMHEALTH SERVICES COMPANY, LLC,<br><br>Defendants. | Case No. 1:20-cv-02568-CBA-RLM<br><br>**ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE WITH PREJUDICE UNDER F.R.C.P. 41.** |

The Court, having reviewed the Motion for FLSA Settlement Approval, the Declarations filed in support of the Motion, and the exhibits attached thereto, including the parties' Settlement Agreement and Release ("Settlement Agreement"), and based upon the oral hearings held on July 1 and August 19, 2021, hereby issues the following order approving the Settlement Agreement and dismissing the above-captioned case with prejudice:

1. The Court finds that the Settlement Agreement, which settles certain wage and hour claims of twenty-five Plaintiffs and collective members for a total of $975,000.00, is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

2. The Court approves the requested service payments in the amount of $7,500.00 each to the three Named Plaintiffs in recognition of their services to the collective.

3. The Court approves Plaintiffs' counsel's request for one-third of the fund, or $325,000.00, in attorneys' fees, plus $10,000.00 in out-of-pocket costs and expenses.

4.	Pursuant to the Settlement Agreement, Plaintiffs' counsel will provide copies of the releases signed by Plaintiffs and collective members to Defendants' counsel no later than 15 days from the date of this order.  No later than 30 days after receiving the signed releases, Defendants will provide Plaintiffs' and collective members' payments by check to Plaintiffs' counsel and wire Plaintiffs' counsel's attorneys' fees and costs.

5.	The Court hereby orders that this case be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), subject to Defendants' fulfillment of their payment obligations as set forth above.

6.	The Court retains jurisdiction to enforce the terms of the Settlement Agreement, which is incorporated by reference into this order.

IT IS SO ORDERED

*Roanne L. Mann*
Hon. Roanne L. Mann, U.S.M.J.